

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:        In the Interest of I.L.M., a child

Appellate case number:     01-14-00801-CV

Trial court case number:   2013-04476J

Trial court:                314th District Court of Harris County

      It is ordered that Appellant's Motion for Rehearing is **denied**.

Judge's signature:  _/s/ Jane Bland_
                        Acting for the Court

Panel consists of: Justices Keyes, Bland, and Massengale.


Date:  _April 14, 2015_